# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### AT ERIE

THOMAS WASHINGTON,           )
                             )
                             )
            *Plaintiff*,     )        Civil Action No. 15-179
                             )
      v.                     )
                             )        ORDER
                             )
JOHN WETZEL, et al.,         )
                             )
                             )
            *Defendants*.    )
_____    )

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation, Docket No. 61;

(2) Defendant's Motion to Dismiss, Docket No. 51, is **DENIED**; and

(3) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 7th day of March, 2017.

*Barbara J. Rothstein*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE